EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0721
Facsimile: (213) 894-0141
E-mail: John.Lulejian@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
FEB 22 2017
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2017 FEB 22 AM 9:38

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ADOLFO RICO RANGEL,<br><br>A fugitive from the Government of Mexico. | No. 17 MJ 00348<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION |

Upon consideration of the request of the United States for the detention of fugitive ADOLFO RICO RANGEL ("RICO RANGEL") pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

1. In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. See United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances exist rests

upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court finds that no such "special circumstances" exist.

2. The government alternatively requests detention on the grounds that RICO RANGEL presents an unacceptable risk of (a) flight and (b) danger to the community, even if the Court were to find that special circumstances are present.

The Court hereby finds no combination of conditions that will reasonably assure:

a. ( ) the appearance of defendant as required; and/or

b. ( ) the safety of any person or the community

IT IS SO ORDERED, without prejudice

2/22/16
DATE

HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney

Dated: February 22, 2017

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

*/s John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Complainant
UNITED STATES OF AMERICA